| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

SAMUEL H. TUCKER,

      Plaintiff,                    No. CIV S-09-0087 GGH P

   vs.

D. CALVIN, et al.,

      Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 23, 2009, plaintiff consented to the jurisdiction of the undersigned.

        On January 23, 2009, the court issued an order finding that the complaint stated a colorable claim for relief against defendant Calvin. The court dismissed the claims against defendants Pfadt, Shaver and Smith with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, for the reasons stated in the January 23, 2009,order, the court now orders dismissal of the claims against defendants Pfadt, Shaver and Smith.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The claims against defendants Pfadt, Shaver and Smith are dismissed for the reasons stated in the January 23, 2009, order;

2. Service is appropriate for the following defendants: Calvin.

3. The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an instruction sheet and a copy of the complaint filed January 12, 2009.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Two copies of the endorsed complaint filed January 12, 2009.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 19, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

tu87.1

|   | IN THE UNITED STATES DISTRICT COURT |
|---|---|
|   | FOR THE EASTERN DISTRICT OF CALIFORNIA |

SAMUEL H. TUCKER,

    Plaintiff,                                       No. CIV S-09-0087 GGH P

   vs.

D. CALVIN, ET AL.,                     <u>NOTICE OF SUBMISSION</u>

    Defendants.                       <u>OF DOCUMENTS</u>

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       ____    completed summons form

       ____    completed USM-285 forms

       ____    copies of the _____
                                Complaint/Amended Complaint

DATED:

                                                _____
                                                Plaintiff